# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00285-CR

**Samuel Adkins, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
### NO. D-1-DC-13-904105, HONORABLE JON N. WISSER, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

In the above cause, the State's brief was originally due on October 6, 2014, and the State has been granted three extensions for a total of 90 days. The State has now filed a fourth motion for extension of time, seeking an additional 30 days to file the brief, which would make the brief due on February 4, 2015. We grant the motion, extending the deadline to the following Monday, February 9, 2015. No further extensions will be granted.

It is ordered January 15, 2015.

Before Justices Puryear, Pemberton, and Field

Do Not Publish